## RECONSIDERATION DOCKET

**94–1964.** State v. Garner. *Hamilton County,* No. C–920864. Reported at 74 Ohio St.3d 49, 656 N.E.2d 623. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**94–2208.** State v. Phillips. *Summit County,* No. 16487. Reported at 74 Ohio St.3d 72, 656 N.E.2d 643. On motion for reconsideration. Motion denied.

**95–1579.** State v. Jackson. *Cuyahoga County,* Nos. 67025, 67876 and 68085. Reported at 74 Ohio St.3d 1462, 656 N.E.2d 1298. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**95–1650.** Fitch v. Fitch. *Licking County,* No. 94CA105. Reported at 74 Ohio St.3d 1462, 656 N.E.2d 1298. On motion for reconsideration. Motion denied.

**95–1653.** New Hampshire Ins. Group v. Frost. *Cuyahoga County,* No. 67823. Reported at 74 Ohio St.3d 1464, 656 N.E.2d 1299. On motion for reconsideration. Motion granted and discretionary appeal allowed.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–1703.** Nehls v. Quad K Advertising. *Cuyahoga County,* No. 67358. Reported at 74 Ohio St.3d 1462, 656 N.E.2d 1298. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**95–1958.** State ex rel. Hillside Dairy Co. v. Cuyahoga Cty. Court of Common Pleas. In Mandamus and Prohibition. Reported at 74 Ohio St.3d 1461, 656 N.E.2d 1297. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**95–2086.** Washington v. Hamilton Cty. In Mandamus. Reported at 74 Ohio St.3d 1461, 656 N.E.2d 1297. On motion for reconsideration. Motion denied.

**95–2112.** State v. Prather. *Brown County,* No. CA94–08–010. Reported at 74 Ohio St.3d 1458, 656 N.E.2d 952. On motion for reconsideration. Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.